UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARIDIO MENDEZ FERRERAS,<br><br>      Plaintiff,<br><br>    -v.-<br><br>RICKY L. RICE and CORETRANS, LLC,<br><br>      Defendants. | 22 Civ. 7538 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  In light of the Court's referral of this case to Magistrate Judge Ona T. Wang on October 28, 2022, the Initial Pretrial Conference scheduled for November 3, 2022 (Dkt. #5), is hereby ADJOURNED *sine die*.

  SO ORDERED.

Dated: October 28, 2022
     New York, New York

                 KATHERINE POLK FAILLA
                 United States District Judge