**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ARIDIO MENDEZ FERRERAS,                                  :
                                                        :
                                Plaintiff,              :          22-CV-7538 (OTW)
                                                        :
                        -against-                       :          **ORDER**
                                                        :
RICKY L. RICE, et al.,                                  :
                                                        :
                                Defendants.             :
                                                        :
                                                        :
---------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a Status Conference on April 4, 2023, at 2:30 p.m. (ECF 18). As

discussed at the conference, the deadline for all fact discovery is extended from May 1,

2023, to **May 26, 2023**. Counsel for Defendant Ricky L. Rice is directed to decide if he will

withdraw or revise his discovery demands by **April 11, 2023**.

       **SO ORDERED.**


                     _s/ Ona T. Wang_

Dated: April 4, 2023                                    **Ona T. Wang**
      New York, New York                          United States Magistrate Judge