**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ARIDIO MENDEZ FERRERAS,

              Plaintiff,    22-CV-7538 (OTW)

            -against-    **ORDER**

RICKY L. RICE, et al.,

             Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 29. The case is **HEREBY STAYED** pending private mediation. The parties shall file a joint status letter by **July 31, 2023**, informing the Court of the scheduled date of their private mediation. **Upon conclusion of mediation**, the parties shall file a joint status letter reporting the result.

      **SO ORDERED.**

                                                                       *s/ Ona T. Wang*

Dated: July 7, 2023    **Ona T. Wang**
       New York, New York    United States Magistrate Judge