```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
ARIDIO MENDEZ FERRERAS,                                      :
                                                             :
                Plaintiff,                                   :      22-CV-7538 (OTW)
                                                             :
        -against-                                            :      ORDER
                                                             :
RICKY L. RICE, et al.,                                       :
                                                             :
                Defendant.                                   :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, United States Magistrate Judge**:**

The parties have advised the Court that this action has been settled. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within fourteen days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen **must** be filed **within fourteen days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions shall be terminated as moot, and all conferences shall be vacated. The Clerk of Court is directed to close the case.

**SO ORDERED.**

Dated: October 23, 2023  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge